# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

|  |  |  |
|---|---|---|
| **CANDICE STEPHENS** and **MAKITA RAINEY**, individually, and on behalf of others similarly situated, | : : : : : | Case No: 24-cv-07300 |
|  | : | Hon. Thomas M. Durkin |
| Plaintiffs, | : : | Mag. Hon. Beth W. Jantz |
| v. | : : : | |
| **TRANSWORLD SYSTEMS, INC.,** and **NATIONWIDE CREDIT, INC.,** jointly and severally, | : : : | |
| Defendants. | : | |

## STIPULATED ORDER OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure it is hereby ordered that the individual claims of Plaintiffs Candice Stephens and Makita Rainey are dismissed with prejudice and without costs to either party. It is further ordered that the class and collective claims of the putative class/collective members are dismissed without prejudice.

**SO ORDERED:**

Dated: December 13, 2024

_Thomas M Durkin_
_____
Thomas M. Durkin
United States District Judge

**STIPULATED TO:**

*/s/ Kevin J. Stoops*

Kevin J. Stoops (P64371)
Kathryn E. Milz (IL 6297213)
SOMMERS SCHWARTZ, P.C.
One Towne Square, 17th Floor
Southfield, Michigan 48076
Telephone: 248-355-0300
kstoops@sommerspc.com
kmilz@sommerspc.com

*Attorneys for Plaintiffs and the*
*Putative Collective/Class Members*

*/s/ Kevin G. Barreca (w/consent)*

Kevin G. Barreca (# 24015)
kbarreca@sessions.legal
David Israel (# 7174)
disrael@sessions.legal
SESSIONS, ISRAEL, & SHARTLE, LLC
3838 N. Causeway Blvd., Suite 2800
Metairie, LA 70002-7907
Telephone: (504) 846-7907
Facsimile: (504) 828-3737

James K. Schultz, Esq.
ARDC No. 6243838
SESSIONS, ISRAEL, SHARTLE, LLC
205 N. Michigan, Ave., Suite 810
Chicago, IL 60601
Telephone: (312) 504-3485
jschultz@sessions.legal

*Attorneys for Defendants*